IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY JONES,

    Plaintiff,

vs.                                       Case No. 3:13-cv-0167

HONDA OF AMERICAN MFG., INC.
et. al.,

    Defendants.

---

**ORDER OF DISMISSAL: TERMINATION ENTRY**

---

    The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 30 days**, reopen the action if settlement is not consummated.

    Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

    The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    **IT IS SO ORDERED.**

April 2, 2015                                           _____
                                                                 WALTER H. RICE, JUDGE
                                                                 UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record